

# IN THE
# TENTH COURT OF APPEALS

### No. 10-07-00135-CR

**TRENT ARCHIE,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 12th District Court
### Walker County, Texas
### Trial Court No. 22768

## O R D E R

We are in receipt of your "Request for Free Transcript" and "Request for Free Appellate Record." We have no jurisdiction to consider a motion for a free transcript. This Court has very limited post final judgment jurisdiction, and whether or not to provide you with a free copy of the record is not one of those issues.

Please note that the rule you cite, Texas Rule of Appellate Procedure 20.2, applies to your direct appeal, not a post final judgment habeas corpus proceeding. Further, the

other provision you cite, 28 U.S.C. § 753(f), applies to federal court proceedings. We are a State Court; as such, it does not apply to this Court.

We have enclosed a copy of an opinion from another inmate request that was filed as a mandamus proceeding which addresses some of these issues in greater detail. We hope that it is helpful to your understanding of why we do not have the authority to grant you the relief you request. Your requests for a free transcript and appellate record are dismissed.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Requests dismissed
Order issued and filed October 24, 2013